David L. DOMINGUEZ, Petitioner,

v.

UNITED STATES POSTAL SERVICE,
Respondent.

No. 05–3132.

United States Court of Appeals,
Federal Circuit.

March 7, 2006.

Before LOURIE, GAJARSA, and DYK,
Circuit Judges.

*JUDGMENT*

PER CURIAM

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

KOITO MANUFACTURING CO., LTD.
and North American Lighting,
Inc., Plaintiffs–Appellees,

v.

TURN–KEY–TECH, LLC and Jens Ole
Sorensen, Defendants–Appellants.

No. 05–1475.

United States Court of Appeals,
Federal Circuit.

March 7, 2006.

Before LOURIE, GAJARSA, and DYK,
Circuit Judges.

*JUDGMENT*

PER CURIAM

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.